Case: 1:23-mj-163
Assigned To: Magistrate Judge Zia M. Faruqui
Date: 7/12/2023
Description: Complaint with Arrest Warrant

## STATEMENT OF FACTS

On the morning of July 12, 2023, officers with the Drug Enforcement Administration (DEA) and the Metropolitan Police Department (MPD), including your Affiant, executed federal search warrant 23-SW-214 at xxxx Xxxxxxxxx Xxxxxx, XX, Washington, D.C. xxxxx.

Upon entering the premises, DEA agents observed, Demarco ROBINSON, inside of a bedroom on the main floor to the left of the main entranceway. DEA agents observed that there were no other individuals in the bedroom. After securing ROBINSON, DEA agents searched the bedroom.

From the bedroom, DEA agents seized two large bags, each containing a green leafy substance which, in my training and experience, appears to be marijuana. The first bag was a clear bag containing approximately 200 grams of a green leafy substance believed to be marijuana. The second bag was a white cloth bag containing approximately 13 mylar bags (each containing approximately 3.5 grams of suspected marijuana) and 5 clear ziplock bags (each containing approximately 30 grams of suspected marijuana) and 1 clear ziplock bag (containing approximately 38.5 grams of suspected marijuana). The total approximate amount of marijuana in the second bag had and approximate combined weight of 300 grams. The bag containing approximately 300 grams of marijuana was field tested by MPD and tested positive for Marijuana, a schedule I controlled substance.

From the bedroom, inside the top drawer of a dresser, DEA agents seized a Polymer 80, .357 caliber, Privately Manufactured Firearm (PMF) (commonly referred to as a "ghost gun"), loaded with one bullet in the chamber and approximately 10 rounds of ammunition in the magazine. On the slide of the firearm, your Affiant observed the identifiers GEX917 on one side and ".357", "AUSTRIA", "31", and "Glock" on the other side. Additionally, next to the firearm, inside the same drawer, was a box of .40 caliber ammunition. From the drawer from which the firearm and ammunition were seized, DEA agents also seized a credit card with the name "$DirtDirt5", which is the known CashApp name for ROBINSON.

Based on my training and experience, the amount of marijuana seized is more consistent with possession with intent to distribute than possession for personal use. In your Affiant's training and experience, the amount of marijuana indicated intent to distribute. In addition, from ROBINSON's person, DEA agents seized approximately $912 in United States Currency, which is also consistent with the distribution of narcotics. Finally, your Affiant is familiar with an Instagram account operated by ROBINSON, in which your Affiant has observed messages of ROBINSON appearing to sell marijuana from January to at least June of 2023.

      Based on the foregoing, I submit that there is probable cause to believe that the Defendant violated: (1) 21 U.S.C. § 841(a)(1) and (b)(1)(D), which makes it a crime to possess with intent to distribute marijuana; and (2) 18 U.S.C. § 924(c)(1)(A)(i), which makes it a crime to possess a firearm in furtherance of a drug trafficking offense.

_____
SPECIAL AGENT BRIAN B. CHARLES, BADGE #504815
DRUG ENFORCEMENT ADMINISTRATION

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this _____ day of July, 2023.*

_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE