# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 1:23MJ163 |
| ) | |
| DEMARCO ROBINSON, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE NOTE THE APPEARANCE of Lana Manitta, Esq of The Law Office of Lana Manitta, PLLC, who has been appointed pursuant to the Criminal Justice Act, as counsel of record for Defendant, Demarco Robinson.

Respectfully Submitted,

DEMARCO ROBINSON
By Counsel

THE LAW OFFICE OF LANA MANITTA, PLLC

By:  /s/  .
Lana Manitta, DC Bar #989100
140B Purcellville Gateway Drive, #511
Purcellville, VA 20132
(703) 705-4428
FAX (703) 705-4429
Lmanitta@ManittaLaw.com
Counsel for Defendant Robinson

1

## NOTICE OF ELECTRONIC FILING/SERVICE

  I HEREBY CERTIFY that on this the 16th day of July, 2023, I filed the foregoing using the CM/ECF system which will send Notice of Electronic Filing (NEF) to all counsel of record.

THE LAW OFFICE OF LANA MANITTA, PLLC

By: _____/s/_____.
Lana Manitta, DC Bar #989100
140B Purcellville Gateway Drive, #511
Purcellville, VA 20132
(703) 705-4428
FAX (703) 705-4429
Lmanitta@ManittaLaw.com
Counsel for Defendant Robinson