AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

S. MARSHAL-DC 4:9:40
RECEIVED JUL 13 '23

| United States of America | ) |
| v. | ) Case: 1:23-mj-163 |
| | ) Assigned To: Magistrate Judge Zia M. Faruqui |
| DEMARCO ROBINSON | ) Date: 7/12/2023 |
| | ) Description: Complaint with Arrest Warrant |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DEMARCO ROBINSON                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) and § 841(b)(1)(D) - Unlawful Possession With Intent to Distribute Marijuana;
18 U.S.C. § 924(c)(1) - Using, Carrying, and Possessing a Firearm in Relation ot a Drug Trafficking Offense

Date:     07/12/2023

2023.07.12 15:45:08 -04'00'

*Issuing officer's signature*

City and state:     WASHINGTON, D.C.          ZIA M. FARUQUI, U.S. MAGISTRATE JUIDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 7/12/23, and the person was arrested on *(date)* 7/13/23
at *(city and state)* Washington, DC

Date: 7/14/23

*Arresting officer's signature*

Ryan Owens  DUSM
*Printed name and title*